Matter of Williams v Town of Lake Luzerne Zoning Bd. of Appeals (2026 NY Slip Op 00639)

Matter of Williams v Town of Lake Luzerne Zoning Bd. of Appeals

2026 NY Slip Op 00639

Decided on February 11, 2026

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026

No. 52 SSM 9

[*1]In the Matter of Lisa M. Williams, Respondent,
vTown of Lake Luzerne Zoning Board of Appeals, Appellant.

Submitted by Mary Elizabeth Kissane, for appellant.
Submitted by Spencer D. Shapiro, for respondent. 

MEMORANDUM:
The order of the Appellate Division should be reversed, with costs, and the judgment of Supreme Court reinstated.
The denial of petitioner's application for an area variance was rational and not arbitrary and capricious or an abuse of discretion. Respondent rationally considered and applied the statutory factors (see Town Law § 267-b [3] [b]), and the Appellate Division erroneously substituted its own judgment for that of respondent (see Matter of Pecoraro v Board of Appeals of Town of Hempstead, 2 NY3d 608, 613-614 [2004]).
On review of submissions pursuant to section 500.11 of the Rules, order reversed, with costs, and judgment of Supreme Court, Warren County, reinstated, in a memorandum. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.
Decided February 11, 2026